IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALMA KOSS; WANDE WENTE, by and through her next friend Virginia Hartman; MARY SMALL, by and through her next friend Brian Small; LESSIE HARRIS, by and through her next friend Opal Acklin; and BERTA CHRISTMAN; individually and on behalf of a class of similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FELICIA F. NORWOOD, in her official capacity as Director of the Illinois Department of Healthcare and Family Services; and JAMES T. DIMAS, in his official capacity as the Secretary of the Illinois Department of Human Services <br><br> Defendants. | No. 17-2762 <br><br> Judge: Joan B. Gottschall <br><br> Magistrate: Young B. Kim |

## NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFF BERTA CHRISTMAN

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiff Berta Christman files this Notice of Voluntary Dismissal and dismisses her action against the Defendants.

By: */s/ Robert H. Farley, Jr.*
One of the Attorneys for
Plaintiffs

Robert H. Farley, Jr.
Robert H. Farley, Jr., Ltd.
1155 S. Washington Street
Naperville, IL 60540
630-369-0103
farleylaw@aol.com

1

Barbara J. Duffy
Ryan P. McBride
Jonathon Bashford
Lane Powell PC
1420 Fifth Ave. No. 4200
P O Box 91302
Seattle, WA  98111-9402
206-223-7000
duffyb@lanepowell.com
mcbrider@lanepowell.com
bashfordj@lanepowell.com

## CERTIFICATE OF SERVICE

    I, Robert H. Farley, Jr., Attorney for the Plaintiffs, deposes and states that he will cause the foregoing Notice of Voluntary Dismissal as to Plaintiff Berta Christman to be served by electronically filing said document with the Clerk of the Court using the CM/ECF system, this 22nd day of May, 2017.

                                        */s/ Robert H. Farley, Jr.*
                                        One of the Attorneys for
                                        the Plaintiffs