IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALMA KOSS, et al., | ) | |
| | ) | No.    17 CV 2762 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | |
| FELICIA NORWOOD and JAMES DIMAS, | ) | |
| | ) | Magistrate Judge Kim |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants Felicia Norwood, Director of the Illinois Department of Healthcare and Family Services, and James Dimas, Secretary of the Illinois Department of Human Services, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss Plaintiffs' complaint for failure to state a claim upon which relief can be granted, the grounds for which are set forth in Defendants' Memorandum of Law in Support of their Motion to Dismiss (ECF No. 28).

LISA MADIGAN
Attorney General of the State of Illinois

By:    */s/ Brian F. Kolp*
BRIAN F. KOLP
Assistant Attorney General
General Law Bureau, Civil Rights Unit
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
bkolp@atg.state.il.us
(T) 312.814.3119
(F) 312.814.4425

*/s/ Michael D. Arnold*
MICHAEL D. ARNOLD
Assistant Attorney General

General Law Bureau, Civil Rights Unit  
Office of the Illinois Attorney General  
100 West Randolph Street, 13th Floor  
Chicago, Illinois 60601  
marnold@atg.state.il.us  
(T) 312.814.4491  
(F) 312.814.4425

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing **Defendants' Motion to Dismiss** to be served upon all parties of record via ECF on June 26, 2017.

*/s/ Brian F. Kolp*
BRIAN F. KOLP
Assistant Attorney General
