# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ALMA KOSS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17 C 2762 |
| | ) | |
| v. | ) | Honorable Judge Joan Gottschall |
| | ) | |
| THERESA EAGLESON and GRACE HOU, | ) | |
| | ) | |
| Defendants. | ) | |

## **PARTIES' JOINT STATUS REPORT**

The Parties, through their undersigned counsel, jointly provide the following status report in response to this Court's minute order of November 10, 2021. (ECF No. 144.)

1. On November 2, 2021, the Parties jointly responded to this Court's show cause order and stated their agreement that the class in this case be decertified. (ECF No. 142.)

2. On November 10, 2021, this Court entered an order decertifying the class. (ECF No. 145.)

3. The show cause response indicated that the Parties had reached an agreement in principle that would lead to the dismissal of Defendants' appeal of the preliminary injunction order (ECF No. 56), the dissolution of the preliminary injunction, the dismissal of this lawsuit, and the payment of attorneys' fees to Plaintiffs. (ECF No. 142 at 2.)

4. The Parties have drafted a settlement agreement to implement the disposition of the case, which Plaintiffs' counsel have signed and is under review for final approval by the Defendants.

5. Once the agreement is fully executed, the Parties will promptly take the steps outline above in Paragraph 3.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| /s/ *Ryan P. McBride* | /s/ *Michael D. Arnold* |
| Barbara J. Duffy | Michael D. Arnold |
| Ryan P. McBride | ILLINOIS ATTORNEY GENERAL'S OFFICE |
| LANE POWELL PC | 100 West Randolph Street, 13th Floor |
| 1420 Fifth Ave., Suite 4200 | Chicago, IL 60601 |
| P. O. Box 91302 | 312-814-3720 |
| Seattle, WA 98111-9402 | michael.arnold@ilag.gov |
| 206-223-7000 | |
| duffyb@lanepowell.com | |
| mcbrider@lanepowell.com | |

Robert H. Farley, Jr.
Robert H. Farley, Jr., Ltd
1155 S. Washington Street
Naperville, IL 60540
630-369-0103
farleylaw@aol.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 8, 2021, a copy of the foregoing document was served via CM/ECF on all counsel of record.

/s/ *Michael D. Arnold*
Counsel for Defendant