UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALMA KOSS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17 C 2762 |
| | ) | |
| v. | ) | Honorable Judge Joan Gottschall |
| | ) | |
| THERESA EAGLESON and GRACE HOU, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS AND JOINT MOTION TO
DISSOLVE PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 41(a), this Court's Order approving the Parties' proposal for terminating this case (ECF Nos. 142 & 143), and the Parties' settlement agreement, the Parties, through their undersigned counsel, stipulate and jointly move as follows:

1. This lawsuit shall be dismissed with prejudice, with each party to bear its own costs; and

2. The preliminary injunction issued on March 29, 2018 (ECF No. 56) shall be dissolved.

RESPECTFULLY SUBMITTED, this 17th day of December, 2021.

/s/ *Ryan P. McBride*
Barbara J. Duffy
Ryan P. McBride
LANE POWELL PC
1420 Fifth Ave., Suite 4200
P. O. Box 91302
Seattle, WA 98111-9402
206-223-7000
duffyb@lanepowell.com
mcbrider@lanepowell.com

/s/ *Michael D. Arnold*
Michael D. Arnold
ILLINOIS ATTORNEY GENERAL'S OFFICE
100 West Randolph Street, 13th Floor
Chicago, IL 60601
312-814-3720
michael.arnold@ilag.gov

Robert H. Farley, Jr.
Robert H. Farley, Jr., Ltd
1155 S. Washington Street
Naperville, IL 60540
630-369-0103
farleylaw@aol.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 17, 2021, a copy of the foregoing document was served via CM/ECF on all counsel of record.

/s/ *Ryan P. McBride*
Counsel for Plaintiffs