# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ALMA KOSS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17-cv-2762 |
| | ) | |
| v. | ) | Honorable Judge Joan Gottschall |
| | ) | |
| THERESA EAGLESON and GRACE HOU, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to this Court's Order approving the Parties' proposal for terminating this case (ECF Nos. 142 & 143), the Parties' stipulation and joint motion, and the Court being otherwise fully advised,

IT IS HEREBY ORDERED:

1. This lawsuit shall be dismissed with prejudice, with each party to bear its own costs; and

2. The preliminary injunction issued on March 29, 2018 (ECF No. 56) shall be dissolved.

Dated: December 17, 2021

/s/
Joan B. Gottschall
United States District Judge